UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-998 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAI I. MATTI,<br><br>Defendant,<br><br>MERCY NURSING & HOME CARE, SERVICES INC.,<br><br>Garnishee. | **GARNISHMENT ORDER** |

TO: Tai I. Matti, defendant at 12458 Davenport Street N.E., Minneapolis, MN 55449.
Mercy Nursing & Home Care, Services Inc., garnishee at 2736 South Lyndale Avenue, Suite 209, Minneapolis, MN 55408.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about November 1, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about January 22, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

FILED AUG 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

On or about January 7, 2002, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" (monthly) in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fcurth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest and pursuant to 28 U.S.C. § 3011, the surcharge of 10% of the total debt due, is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff (monthly) as they become due and owing.

Dated: Aug 23, 2002

Magistrate Judge
United States District Court