UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-998 PAM/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAI I. MATTI,<br><br>Defendant,<br><br>MERCY NURSING & HOME CARE SERVICES INC.,<br><br>Garnishee. | ) | **ORDER TO SHOW CAUSE** |

TO: Yvonne Crilles and Mercy Nursing & Home Care Services Inc., 2736 South Lyndale Avenue, Suite 209, Minneapolis, MN 55408.

Based upon the Motion of the United States and the declaration and exhibits attached hereto,

IT IS HEREBY ORDERED that Mercy Nursing & Home Care Services Inc. and Yvonne Crilles shall appear before the undersigned United States Magistrate Judge at Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on March 25, 2003, at 9:00 a.m., to show cause why Mercy Nursing & Home Care Services Inc. and Yvonne Crilles have failed to pay to the United States the sums ordered withheld from the wages of Tai I. Matti pursuant to the Writ of Continuing Garnishment issued on October 17, 2001, and this Court's Order of August 23, 2002.

IT IS FURTHER ORDERED that a copy of this Order to Show Cause be served upon Mercy Nursing & Home Care Services Inc. and Yvonne Crilles by U.S. Mail on or before March 7, 2003.

FEB 26 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FURTHER ORDERED that, at the time and date set forth above Mercy Nursing & Home Care Services Inc. and Yvonne Crilles shall provide an accounting of all sums withheld but not paid to the United States pursuant to the terms of the Writ of Continuing Garnishment.

Dated: [illegible]

Jonathan G. Lebedoff
Chief United States Magistrate Judge