# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 27-JUN-2005 FOR: 1999Z00717/001 

DEBTOR: Matti, Tai I.

COURT NUMBER: 00-998PAM/JGL PRIORITY CODE:

CURRENT LIABILITY BALANCE: $2,156.39

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | PMNT | WA | 17-APR-2001 | CR/Y | matti | MN /1/511 | VISA | | $329.50 | 18-APR-2001 |
| 0009 | PMNT | WA | 16-MAY-2001 | CR/Y | debtor | MN /1/512 | VISA | | $250.00 | 16-MAY-2001 |
| 0017 | PMNT | WA | 14-APR-2003 | OT/G | DUNGARVIN | MN /3/133 | 22119973 | | $106.58 | 14-APR-2003 |
| 0018 | PMNT | WA | 28-APR-2003 | OT/G | DUNGARVIN | MN /3/143 | 22345009 | | $139.47 | 28-APR-2003 |
| 0019 | PMNT | WA | 05-MAY-2003 | OT/G | ALL STATE MORTGAGE | MN /3/147 | 5085 | | $588.43 | 05-MAY-2003 |
| 0020 | PMNT | WA | 12-MAY-2003 | OT/G | Dungarvin | MN /3/152 | 22604006 | | $134.08 | 12-MAY-2003 |
| 0021 | PMNT | WA | 27-MAY-2003 | OT/G | DUNGARVIN | MN /3/162 | 22847790 | | $98.71 | 27-MAY-2003 |
| 0022 | PMNT | WA | 30-MAY-2003 | OT/G | ALL STATE MORTGAGE | MN /3/165 | 5092 | | $557.71 | 30-MAY-2003 |
| 0023 | PMNT | WA | 09-JUN-2003 | OT/G | Dungarvin | MN /3/171 | 23055117 | | $116.40 | 09-JUN-2003 |
| 0024 | PMNT | WA | 17-JUN-2003 | OT/G | all state mortgage | MN /3/176 | 5102 | | $916.04 | 17-JUN-2003 |
| 0025 | PMNT | WA | 24-JUN-2003 | OT/G | dungarvin | MN /3/181 | 23283682 | | $114.89 | 24-JUN-2003 |
| 0026 | PMNT | WA | 30-JUN-2003 | OT/G | All State Mortgage | MN /3/185 | 5119 | | $899.74 | 03-JUL-2003 |
| 0027 | PMNT | WA | 07-JUL-2003 | GR/G | dungarvin alternativ | MN /3/186 | 23527296 | | $141.05 | 07-JUL-2003 |
| 0029 | PMNT | WA | 21-JUL-2003 | GR/G | dungarvin alternativ | MN /3/196 | 23742138 | | $89.37 | 21-JUL-2003 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0030 | PMNT | WA | 04-AUG-2003 | GR/G | dungarvin alter | MN | /3/206 | 23968429 | $144.98 | 04-AUG-2003 |
| 0031 | PMNT | WA | 18-AUG-2003 | GR/G | DUNGARVIN | MN | /3/217 | 24198619 | $162.89 | 18-AUG-2003 |
| 0032 | PMNT | WA | 15-SEP-2003 | GR/G | Dungarvin | MN | /3/236 | 24662353 | $1.10 | 15-SEP-2003 |
| 0033 | PMNT | WA | 29-SEP-2003 | GR/G | Dungarvin | MN | /3/246 | 24900246 | $234.98 | 29-SEP-2003 |
| 0034 | PMNT | WA | 14-OCT-2003 | GR/G | Dungarvin | MN | /04/009 | 25164400 | $160.69 | 14-OCT-2003 |
| 0035 | PMNT | WA | 27-OCT-2003 | GR/G | Dungarvin | MN | /04/018 | 25385885 | $155.00 | 27-OCT-2003 |

Total Payments for Debtor: $5,341.61