# CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Civil No. 00-998 PAM/JGL
)
TAIWO I. MATTI, )
)
Defendant. )

I hereby certify that on 6/27/05, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Taiwo I. Matti
XXX XXXXX
Blaine, MN 55449

Dungarvin Minnesota, Inc.
Attn: Payroll Representative
690 South Cleveland Avenue
St. Paul, MN 55116-1319

s/ Nancy Lair