PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 30-NOV-2005 FOR: 1999Z00717/001 PAGE: 1 OF 1

DEBTOR: Matti, Tai I.

COURT NUMBER: 00-998PAM/JGL PRIORITY CODE:

CURRENT LIABILITY BALANCE: $XX

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0019 | PMNT | WA | 05-MAY-2003 | OT/G | ALL STATE MORTGAGE | MN /3/147 | 5085 | | $588.43 | 05-MAY-2003 |
| 0022 | PMNT | WA | 30-MAY-2003 | OT/G | ALL STATE MORTGAGE | MN /3/165 | 5092 | | $557.71 | 30-MAY-2003 |
| 0024 | PMNT | WA | 17-JUN-2003 | OT/G | all state mortgage | MN /3/176 | 5102 | | $916.04 | 17-JUN-2003 |
| 0026 | PMNT | WA | 30-JUN-2003 | OT/G | All State Mortgage | MN /3/185 | 5119 | | $899.74 | 03-JUL-2003 |