,

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-998 PAM/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. TAI MATTI, Defendant, G & A HOME MORTGAGES, LLC, Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on August 7, 2006, is hereby released.

Dated: September 16, 2006

s/Paul A. Magnuson
Senior Judge Magnuson
United States District Court